| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JAMES R. CONOLLY |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:16-CR-00144-MCE |
| | Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| | v. | |
| PEDRO MADRIZ RODRIGUEZ, | | DATE: June 22, 2017 |
| | Defendant. | TIME: 10:00 a.m. |
| | | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on June 22, 2017.

2.  By this stipulation, the parties move to continue the status conference until July 27, 2017, and to exclude time between June 22, 2017, and July 27, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has produced discovery in the form of investigative reports and related documents, as well photographs and video evidence, which the defendant requires additional time to review, discuss with his counsel, and pursue investigation.

    b)  Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2017 to July 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 22, 2017                        PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ *James R. Conolly*
                                                JAMES R. CONOLLY
                                                Assistant United States Attorney

Dated: June 22, 2017                        /s/ *Robert Forkner*
                                                ROBERT FORKNER
                                                Counsel for Defendant
                                                Pedro Madriz Rodriguez

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 27, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered June 22, 2017 status conference shall be continued until and July 27, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE