PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MADRIZ RODRIGUES,<br><br>Defendant. | CASE NO. 2:16-CR-00144-MCE<br><br>[AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 27, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on July 27, 2017.

2. By this stipulation, the parties move to continue the status conference until September 21, 2017, and to exclude time between July 27, 2017, and September 21, 2017, under Local Code T4.[1]

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery in the form of investigative reports and related documents, as well photographs and video evidence, which the defendant requires additional time to review, discuss with his counsel, and pursue investigation.

    b) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

---

[1] The parties previously filed a Stipulation to Continue the Status Conference to August 24, 2017. The parties now rescind that request and file this amended Stipulation to Continue the Status Conference to September 21, 2017.

[AMENDED] STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME; ORDER

1

the exercise of due diligence.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2017 to September 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: July 27, 2017         PHILLIP A. TALBERT
                 United States Attorney

                 */s/ James R. Conolly*
                 JAMES R. CONOLLY
                 Assistant United States Attorney

Dated: July 27, 2017         */s/ Robert Forkner*
                 ROBERT FORKNER
                 Counsel for Defendant
                 Pedro Madriz Rodrigues

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 21, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered July 27, 2017 status conference shall be continued until and September 21, 2017, at 10:00 a.m. Counsel are directed to personally appear for the Court at the continued date and time. No continuance will be entertained.

IT IS SO ORDERED.

Dated: July 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE