PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00144-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER |
| v. | DATE: January 11, 2018 |
| PEDRO MADRIZ RODRIGUEZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for judgment and sentencing on January 11, 2018.

2.  By this stipulation, and for good cause, the parties respectfully request that the Court continue the judgment and sentencing hearing until February 22, 2018, and to continue the dates by which the parties must file sentencing memoranda or motions in advance of imposition of judgment and sentencing.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  On October 19, 2017, pursuant to a plea agreement with the United States, the defendant, Pedro Madriz Rodriguez, pleaded guilty to one count of violating 21 U.S.C. § 846 and 841(a)(1), conspiracy to manufacture at least 50 marijuana plants.

    b)  As part of that plea agreement, the United States agreed to recommend that the Court apply the Safety Valve provisions of United States Sentencing Guidelines ("USSG")
STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING; ORDER

1

§5C1.2 when determining the defendant's sentencing guidelines range, on the condition that the defendant met his obligations of disclosure to the government, per USSG §5C1.2(a)(5), before sentencing.

c) Counsel for the government and for the defendant have been working diligently to schedule a meeting in order for the defendant to discharge his obligations under USSG §5C1.2(a)(5). For reasons beyond the parties' control, those efforts have been frustrated and the meeting has been delayed. The parties now request this continuance to give the parties more time to convene a meeting, so that the defendant will have a fair opportunity to meet his obligations prior to sentencing.

d) Most recently, the parties had scheduled a meeting for December 14, 2017, but a clerical error in the defendant's transfer process from Nevada County Jail prevented his arrival in Sacramento on the arranged day. Given the number of people required for the meeting, including the defendant, his counsel, government counsel, law enforcement agents, and a court-certified interpreter, the ability to change plans at short notice was limited. This meeting had been scheduled as late as December because, for several weeks in the autumn, the Northern California fires diverted significant resources from the Forest Service, making it difficult for agents to attend.

e) The government represents, therefore, that defense counsel have made all reasonable efforts to schedule a meeting with the government, and the delay has been largely the result of logistics on the part of government agencies.

f) The parties agree that granting the above-requested continuance would ensure that the defendant has a fair opportunity to meet with the government and fulfill his obligations under the plea agreement.

4. For his part, defense counsel Robert Forkner understands that this continuance would alter only the date of the judgement and sentencing hearing, and does not modify the Court's October 19, 2017 Minute Order (ECF No. 35) requiring Mr. Forkner to appear personally at the hearing.

///

///

5. Because the defendant has already entered a guilty plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq., do not apply to the requested continuance, but the parties have nevertheless worked to minimize the length of time they are requesting.

IT IS SO STIPULATED.

Dated:  December 22, 2017          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ *James R. Conolly*
                                   JAMES R. CONOLLY
                                   Assistant United States Attorney

Dated:  December 22, 2017          /s/ *Robert Forkner*
                                   ROBERT FORKNER
                                   JULISSA ECHEVARRIA
                                   Counsel for Defendant
                                   Pedro Madriz Rodriguez

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is further ordered that the January 11, 2018 Judgment and Sentencing Hearing shall be vacated and continued until February 22, 2018, at 10:00 a.m., in courtroom 7. If any party wishes to file a sentencing memorandum or motion in advance of imposition of judgment and sentencing, said memorandum or motion shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the February 22, 2018 judgment and sentencing hearing. Any response thereto shall be filed on or before 3:00 p.m., three (3) calendar days in advance of the date set for judgment and sentencing. The parties are again cautioned that if any sentencing memoranda are filed late, the judgment and sentencing date may be vacated and the matter continued.

Finally, as stated in the Court's October 19, 2017 Minute Order (ECF No. 35), defense counsel Robert Forkner is ordered to appear personally for the judgment and sentencing hearing, with that appearance now continued to February 22, 2018, at 10:00 a.m., in courtroom 7.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE